UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Daniel John Riley

    v.                        Civil No. 16-cv-297-GZS

United States of America

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate John Nivison dated August 4, 2016. The Court shall transfer the pending section 2255 motion to the First Circuit, pursuant to 28 U.S.C. § 1631 and First Circuit Rule 22.1(e). "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

                                              /s/ George Z. Singal
                                            United States District Court
                                            George Z. Singal

Date: August 25, 2016

cc:     Daniel John Riley, pro se
         Seth R. Aframe, Esq.